# UNITED STATES JUDICIAL PANEL
## ON
## MULTIDISTRICT LITIGATION

## IN RE:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION - MDL NO. 2406

### PROOF OF SERVICE

I certify that on September 20, 2012, I caused a true and correct copy of foregoing Corporate Disclosure Statement to be served on the following parties by the following means:

**Jerry L. Conway, Plaintiff**   represented by **Dennis G. Pantazis**
WIGGINS CHILDS QUINN &
PANTAZIS
301 19th Street, North
Birmingham, AL 35203-3204
**Via Email**

**E. Kirk Wood , Jr.**
WOOD LAW FIRM LLC
PO Box 382434
Birmingham, AL 35238
**Via Email**

**Edith M. Kallas**
WHATLEY KALLAS LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
**Via Email**

**Joe R. Whatley , Jr.**
WHATLEYKALLAS LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
**Via Email**

**Michael E. Gurley , Jr.**
WOOD LAW FIRM LLC
P.O. Box 382434
Birmingham, AL 35238-2434
**Via Email**

**Nicholas B. Roth**
EYSTER KEY TUBB ROTH
MIDDLETON & ADAMS LLP
402 E Moulton Street
PO Box 1607
Decatur, AL 35602
**Via Email**

**W. Tucker Brown**
WHATLEYKALLAS LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
**Via Email**

**Defendants**

| | | |
|---|---|---|
| **Blue Cross and Blue Shield of Alabama** | represented by | **Carl S. Burkhalter**<br>MAYNARD COOPER & GALE PC<br>AmSouth Harbert Plaza, Suite 2400<br>1901 6th Avenue North<br>Birmingham, AL 35203-2618<br>**Via Email** |
| | | **James L. Priester**<br>MAYNARD COOPER & GALE PC<br>2400 Regions/Harbert Plaza<br>1901 6th  Avenue North<br>Birmingham, AL 35203-2618<br>**Via Email** |
| | | **Pamela B. Slate**<br>HILL HILL CARTER FRANCO<br>COLE & BLACK PC<br>425 S Perry Street<br>Montgomery, AL 36104<br>**Via Email** |
| **Anthem Inc**. | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| | | **E. Desmond Hogan**<br>HOGAN LOVELLS US LLP<br>555 13th Stree NW |

Washington, DC 20004
**Via Email**

**Emily M. Yinger**
HOGAN LOVELLS US LLP
7930 Jones Branch Drive
9th Floor Park Place Building
McLean, VA 22102
**Via Email**

**J. Robert Robertson**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**N Thomas Connally , III**
HOGAN LOVELLS US LLP
7930 Jones Branch Drive
9th Floor, Park Place Building
McLean, VA 22102
**Via Email**

**Cavender C. Kimble**
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 1500
PO Box 306
Birmingham, AL 35201-0306
**Via Email**

**Premera Blue Cross of Alaska**          represented by **J. Bentley Owens , III**
STARNES DAVIS FLORIE LLP
PO Box 598512
Birmingham, AL 35259-8512
**Via Email**

**Erin M. Wilson**
LANE POWELL PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
**Via Email**

**Gwendolyn C Payton**
LANE POWELL PC
1420 Fifth Avenue

Suite 4200
Seattle, WA 98101-2338
**Via Email**

**Arkansas Blue Cross and Blue Shield**   represented by   **Gary M. London**
BURR & FORMAN LLP
Southtrust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203
**Via Email**

**Alan D. Rutenberg**
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007-5109
**Via Email**

**Devin Clarke Dolive**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
**Via Email**

**Michael A. Naranjo**
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
**Via Email**

**Anthem Blue Cross and Blue Shield of Connecticut**   represented by   **Craig A. Hoover**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**E. Desmond Hogan**
HOGAN LOVELLS US LLP
555 13th Stree NW
Washington, DC 20004
**Via Email**

**Emily M. Yinger**
HOGAN LOVELLS US LLP

7930 Jones Branch Drive
9th Floor Park Place Building
McLean, VA 22102
**Via Email**

**J. Robert Robertson**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**N Thomas Connally , III**
HOGAN LOVELLS US LLP
7930 Jones Branch Drive
9th Floor, Park Place Building
McLean, VA 22102
**Via Email**

**Cavender C. Kimble**
BALCH & BINGHAM LLP
1901 6th Avenue N, Suite 1500
PO Box 306
Birmingham, AL 35201-0306
**Via Email**

| | | |
|---|---|---|
| **Highmark Blue Cross and Blue Shield of Delaware** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Florida** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Georgia** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004 |

**Via Email**

| | | |
|---|---|---|
| **Hawaii Medical Service Assoc**. *d/b/a Blue Cross and Blue Shield of Hawaii* | represented by | **Craig A. Hoover** HOGAN LOVELLS US LLP 555 13th Street NW Washington, DC 20004 **Via Email** |
| **Health Care Service Corp**. *d/b/a Blue Cross and Blue Shield of Illinois* | | 300 E. Randolph Street Chicago, IL 60601 **Via United States Mail** |
| **Anthem Blue Cross and Blue Shield of Indiana** | represented by | **Craig A. Hoover** HOGAN LOVELLS US LLP 555 13th Street NW Washington, DC 20004 **Via Email** |
| **Wellmark Inc** *d/b/a Blue Cross and Blue Shield of Iowa* | | 100 Pearl Street, 14th Floor Hartford, CT 06103 **Via United States Mail** |
| **Blue Cross and Blue Shield of Kansas** | represented by | **Brian P. Kappel** LIGHTFOOT FRANKLIN & WHITE LLC 400 20th Street North Birmingham, AL 35203 **Via Email** |
| | | **John M. Johnson** LIGHTFOOT FRANKLIN & WHITE LLC The Clark Building 400 20th Street N Birmingham, AL 35203 **Via Email** |
| | | **Kathleen Taylor Sooy** CROWELL AND MORING LLP 1001 Pennsylvania Avenue NW Washington, DC 20004 |

|  |  |  |
|---|---|---|
|  |  | **Via Email** |
|  |  | **Tracy A. Roman**<br>CROWELL AND MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Louisiana** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Anthem Health Plans of Maine** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **CareFirst Blue Cross and Blue Shield of Maryland** | represented by | **H. James Koch**<br>ARMBRECHT JACKSON LLLP<br>PO Box 290<br>Mobile, AL 36601<br>251-405-1300<br>**Via Email** |
|  |  | **Andrew W. Martin , Jr**<br>ARMBRECHT JACKSON LLP<br>PO Box 290<br>Mobile, AL 36601<br>**Via Email** |
|  |  | **Brian K Norman**<br>SHAMOUN & NORMAN LLP<br>1755 Wittington Place, Suite 200<br>Dallas, TX 75234<br>**Via Email** |
| **Blue Cross and Blue Shield of Massachusetts** | represented by | **Craig A Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |

**Blue Cross and Blue Shield of Michigan**

The Commons
20500 Civic Center Drive
Southfield, MI  48076
**Via United States Mail**

**Blue Cross and Blue Shield of Minnesota**

represented by **Craig A Hoover**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**Blue Cross and Blue Shield of Mississippi**

represented by **Cheri D. Green**
BRUNINI GRANTHAM GROWER
& HEWES PLLC
190 E Capitol Street
Suite 100
Jackson, MS 39201
**Via Email**

**Christopher A. Shapley**
BRUNINI GRANTHAM GROWER
& HEWES PLLC
284 E Capitol Street, Suite 1400
PO Drawer 119
Jackson, MS 39201
**Via Email**

**R. David Kaufman**
BRUNINI GRANTHAM GROWER
& HEWES PLLC
190 E Capitol Street, Suite 100
Jackson, MS 39201
**Via Email**

**Scott F. Singley**
BRUNINI GRANTHAM GROWER
& HEWES PLLC
410 Main Street
PO Box 7520
Columbus, MS 39705
**Via Email**

**Anthem Blue Cross and Shield of Missouri**

represented by **Craig A. Hoover**
HOGAN LOVELLS US LLP

|  |  | 555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
|---|---|---|
| **Blue Cross and Blue Shield of Kansas City** | represented by | **Brian P. Kappel**<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>**Via Email** |
| **Blue Cross and Blue Shield of Nebraska** | represented by | **Brian P Kappel**<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>**Via Email** |
| **Anthem Blue Cross and Blue Shield of New Hampshire** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Horizon Blue Cross and Blue Shield of New Jersey** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of New Mexico** |  | P.O. Box 27630<br>Albuquerque, NM  87125-7630<br>**Via United States Mail** |
| **Excellus BlueCross BlueShield of New York** |  | 333 Butternut Drive<br>Syracuse, NY  13214-1803<br>**Via United States Mail** |
| **Blue Cross and Blue Shield of North Carolina** | represented by | **Craig A. Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Blue Cross and Blue Shield of Oklahoma** |  | P.O. Box 3283<br>Tulsa, OK  74102-3283<br>**Via United States Mail** |

**Blue Cross of Northeastern Pennsylvania**
*Wilkes-Barre*

70 North Main Street
Wilkes-Barre, PA  1871
**Via United States Mail**

**Independence Blue Cross**

1901 Market Street
Philadelphia, PA  19103-1480
**Via United States Mail**


**Triple S - Salud Inc.**

represented by **Pedro Santiago-Rivera**
REICHARD & ESCALERA
255 Ponce De Leon Ave.
MCS Plaza, Tenth Floor
San Juan, Puerto Rico  00917-1913
**Via Email**

**Rafael Escalera-Rodriguez**
REICHARD & ESCALERA
255 Ponce De Leon Ave.
MCS Plaza, Tenth Floor
San Juan, Puerto Rico 00917-1913
**Via Email**

**Blue Cross and Blue Shield of Rhode Island**

500 Exchange Street
Providence, RI  02903
**Via United States Email**


**Blue Cross and Blue Shield of South Carolina**

represented by **Craig A. Hoover**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**Wellmark of South Dakota Inc**
*d/b/a Wellmark Blue Cross and Blue Shield of South Dakota*

represented by **Craig A. Hoover**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

**Blue Cross and Blue Shield of Tennessee**

represented by **Craig A. Hoover**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
**Via Email**

|  |  | **D. Keith Andress**<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ PC<br>420 North 20th Street, Suite 1600<br>Birmingham, AL 35203-5202<br>**Via Email** |
|---|---|---|
|  |  | **Kevin R Garrison**<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ PC<br>Wachovia Tower<br>420 North 20th Street, Suite 1600<br>Birmingham, AL 35203-5202<br>**Via Email** |
| **Blue Cross and Blue Shield of Texas** |  | 1001 E. Lookout Drive<br>Richardson, TX  75082<br>**Via United States Mail** |
| **Blue Cross and Blue Shield of Vermont** |  | P.O. Box 186<br>Montpelier, VT  05601<br>**Via United States Mail** |
| **Anthem Blue Cross and Blue Shield of Virginia Inc**. | represented by | **Craig A Hoover**<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>**Via Email** |
| **Highmark Blue Cross, Blue Shield of West Virginia** |  | P.O. Box 7026<br>Wheeling WV  26003<br>**Via United States Mail** |
| **Blue Cross and Blue Shield Association** | represented by | **Daniel E. Laytin**<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>**Via Email** |
|  |  | **Ian R. Conner**<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW |

Washington, DC 20005
**Via Email**

**Kimberly R. West**
WALLACE JORDAN RATLIFF &
BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
PO Box 530910
Birmingham, AL 35253
**Via Email**

**Mark M. Hogewood**
WALLACE JORDAN RATLIFF &
BRANDT, LLC
P O Box 530910
Birmingham, AL 35253
**Via Email**

**Highmark Inc**.

Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA  15222-3099
**Via United States Mail**


/s/ Cheri D. Green_____

Cheri D. Green
Attorney for Blue Cross Blue Shield
of Mississippi


BRUNINI GRANTHAM GROWER
& HEWES PLLC
190 E Capitol Street
Suite 100
Jackson, MS 39201
Telephone:  601-948-3101
Facsimile:  601-960-6902
cgreen@brunini.com