# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant CareFirst of Maryland, Inc.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Conway v. Blue Cross and Blue Shield of Alabama, et al., ND Ala., 2:12-cv-02532

*************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| September 24, 2012 | s/Brian K. Norman |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Brian K. Norman

Telephone No.: 214-987-1745      Fax No.: 214-521-9033

Email Address: bkn@snlegal.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES
JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Blue Cross Blue Shield Antitrust Litigation—MDL No. 2406

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I caused a true and correct copy of the foregoing to be served on the following parties by the following means:

ALN/2:12-cv-02169 Notice has been electronically mailed to:

Carl Burkhalter
cburkhalter@maynardcooper.com

Daniel Hedlund
dhedlund@gustafsongluek.com

Daniel M. Nast
dnast@rodanast.com

Ellen M. Ahrens
eahrens@gustafsongluek.com

Erin C. Burns
eburns@rodanast.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles M. Thompson
Cmtlaw@aol.com

Ian R. Conner
Ian.conner@kirkland.com

ALN/2:12-cv-02525 Notice has been electronically mailed to:

Carl Burkhalter
cburkhalter@maynardcooper.com

Gregory L. Davis
gldavis@knology.net

Daniel E. Laytin
Daniel.laytin@kirkland.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Ian R. Conner
Ian.conner@kirkland.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Pamela B. Slate
pslate@hillhillcarter.com

ALN/2:12-cv-02532 Notice has been electronically mailed to:

Brian P. Kappel
bkappel@lightfootlaw.com

Carl Burkhalter
cburkhalter@maynardcooper.com

Dennis G. Pantazis
dgp@wcqp.com

E. Kirk Wood, Jr.
Ekirkwood1@bellsouth.net

Edward S. Bloomberg
ebloomberg@phillipslythe.com,
dwallum@phillipslythe.com

Erin M. Wilson
wilsonem@lanepowell.com

Gwendolyn C. Payton
paytong@lanepowell.com

J. Bentley Owens, III
jbo@starneslaw.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Edith M. Kallas
ekallas@whatleykallas.com

Joe R. Whatley, Jr.
jwhatley@whalteykallas.com

John M. Johnson
jjohnson@lightfootlaw.com

Tracy A. Roman
troman@crowell.com

W Tucker Brown
tbrown@whatleykallas.com

Gary M. London
glondon@burr.com

Alan D. Rutenberg
arutenberg@foley.com

Devin Clarke Dolive
ddolive@burr.com

Michael A. Naranjo
mnaranjo@foley.com

H. James Koch
hjk@ajlaw.com

Andrew W. Martin, Jr.
Awm@ajlaw.com

| | |
|---|---|
| Cheri D. Green<br>cgreen@brunini.com | Pedro Santiago-Rivera<br>santiagopedro@reichardescalera.com |
| Kathleen Taylor Sooy<br>ksooy@crowell.com | Christopher A. Shapley<br>cshapley@brunini.com |
| Mark M. Hogewood<br>mhogewood@wallacejordan.com<br>Michael E. Gurley, Jr.<br>mgurleyjr@yahoo.com | R. David Kaufman<br>dkaufman@brunini.com<br><br>Scott F. Singley<br>ssingley@brunini.com |
| Nicholas B. Roth<br>nbroth@eysterkey.com | Daniel E. Laytin<br>Daniel.laytin@kirkland.com |
| Pamela B. Slate<br>pslate@hillhillcarter.com | Ian R. Conner<br>Ian.conner@kirkland.com |
| Rafael Escalera-Rodriguez<br>escalera@reichardescalera.com | Kimberly R. West<br>kwest@wallacejordan.com |

ALN/2:12-cv-02532 Notice has been sent via Certified Mail Return Receipt Requested:

Blue Cross and Blue Shield of Michigan
20500 Civic Center Drive
Southfield, MI 48076

Blue Cross and Blue Shield of New Mexico
P.O. Box 27630
Albuquerque, NM 87125

Blue Cross and Blue Shield of Oklahoma
P.O. Box 3283
Tulsa, OK 74102

Blue Cross and Blue Shield of Rhode Island
500 Exchange Street
Providence, RI 02903

Blue Cross and Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, PA 18711

Health Care Service Corp.
300 E. Randolph Street
Chicago, IL 60601

Highmark Blue Cross and Blue Shield of West Virginia
P.O. Box 7026
Wheeling, WV 26003

Highmark, Inc.
Fifth Ave. Place
120 Fifth Ave.
Pittsburg, PA 15222

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103

Blue Cross and Blue Shield of Vermont
P.O. Box 186
Montpelier, VT 05601

Highmark Blue Cross and Blue Shield of Delaware
800 Delaware Ave.
Wilmington, DE 19801

ALN/2:12-cv-02185 Notice has been electronically mailed to:

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Pamela B. Slate
pslate@hillhillcarter.com

Charles R. Watkins
charlesw@dglawfirm.com

David J. Guin
Davidg@dglawfirm.com

John R. Wylie
johnw@dglawfirm.com

Star Mishkel Tyner
start@dglawfirm.com

Tammy McClendon Stokes
tstokes@dglawfirm.com

ALN/2:12-cv-02537 Notice has been electronically mailed to:

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Pamela B. Slate
pslate@hillhillcarter.com

John D. Saxon
jsaxon@saxonattorneys.com

ALN/2:12-cv-01910 Notice has been electronically mailed to:

Arthur Nash Bailey, Jr.
abailey@hausfeldllp.com

Carl Burkhalter
cburkhalter@maynardcooper.com

James Louis Priester
jpriester@maynardcooper.com,
ajohnson@maynardcooper.com

Kimberly R. West
Kwest@wallacejordan.com

Mark M. Hogewood
mhogewood@wallacejordan.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Pamela B. Slate
pslate@hillhillcarter.com

Christopher T. Hellums
christH@pittmandutton.com

Edgar D. Gankendorff
egankendorff@provostylaw.com

Eric R. Belin
ebelin@provostylaw.com

Jonathan S. Mann
jonM@pittmandutton.com

Michael D. Hausfeld
mhausfeld@hausfeldllp.com

William A. Isaacson
wisaacson@bsfllp.com

ALN/2:12-cv-01133 Notice has been electronically mailed to:

Adam W. Pittman
apittman@saxonattorneys.com

Carl Burkhalter
cburkhalter@maynardcooper.com

| | |
|---|---|
| Christopher T. Hellums<br>christH@pittmandutton.com | Daniel E. Laytin<br>Daniel.laytin@kirkland.com |
| Daniel A. Small<br>dsmall@cohenmilstein.com | Ian R. Conner<br>Ian.conner@kirkland.com |
| John D. Saxon<br>jsaxon@saxonattorneys.com | James Louis Priester<br>jpriester@maynardcooper.com,<br>ajohnson@maynardcooper.com |
| Kimberly R. West<br>Kwest@wallacejordan.com | Meghan M. Boone<br>mboone@cohenmilstein.com |
| Laura Alexander<br>lalexander@cohenmilstein.com | Pamela B. Slate<br>pslate@hillhillcarter.com |
| Mark M. Hogewood<br>mhogewood@wallacejordan.com | Charles M. Thompson<br>cmtlaw@aol.com |

NCWD/5:12-cv-00017 Notice has been electronically mailed to:

| | |
|---|---|
| Arthur Nash Bailey, Jr.<br>abailey@hausfeldllp.com | Kathleen Simpson Kiernan<br>kkiernan@bsfllp.com |
| Carl S. Kravitz<br>ckravitz@zuckerman.com | Jennifer K. Van Zant<br>jvanzant@brookspierce.com |
| Cyril Vincent Smith, III<br>csmith@zuckerman.com | Larry Stephen McDevitt<br>lmcdevitt@vwlawfirm.com |
| Daniel Patrick Moylan<br>dmoylan@zuckerman.com | Michael D. Hausfeld<br>mhausfeld@hausfeldllp.com |
| David Matthew Wilkerson<br>Dwilkerson@vwlawfirm.com | William A. Isaacson<br>wisaacson@bsfllp.com |
| J. Michael Malone<br>mmalonelaw@aol.com | Daniel E. Laytin<br>Daniel.laytin@kirkland.com |

David J. Zott
David.zott@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

James Thomas Williams, Jr.
jwilliams@brookspierce.com

Chad Dwight Hansen
chadhansen@kilpatricktownsend.com

TNWD/2:12-cv-02359 Notice has been electronically mailed to:

William Gordon Ball
gball@ballandscott.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Gerald F. Easter
Jerryeaster1@gmail.com

Randall D. Noel
Randy.noel@butlersnow.com

David J. Zott
David.zott@kirkland.com

Ian R. Conner
Ian.conner@kirkland.com

LAMD/3:12-cv-00421 Notice has been electronically mailed to:

Nicholas R. Rockforte
nrockforte@pbclawfirm.com

Christopher L. Coffin
ccoffin@pbclawfirm.com

Patrick Wayne Pendley
pwpendley@pbclawfirm.com

Stanley P. Baudin
sbaudin@pbclawfirm.com

L. Adams Thames
Adam.thames@taylorporter.com

Ian R. Conner
Ian.conner@kirkland.com

Daniel E. Laytin
Daniel.laytin@kirkland.com

Michael Paul Fruge
michaelfruge@claytonfrugelaw.com

Tony Clayton
tclaytonlaw@aol.com

John Stone Campbell, III
Johnstone.campbell@taylorporter.com

David J. Zott
David.zott@kirkland.com