# EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and a copy will be sent via overnight mail to the following:

Margery S. Bronster
mbronster@bhhawaii.net
Robert M. Hatch
rhatch@bhhawaii.net
Rex Y. Fujichaku
rfujichaku@bhhawaii.net
BRONSTER HOSHIBATA,
A Law Corporation
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 524-5644
Facsimile No.: (808) 599-1881

William Isaacson
wisaacson@BSFLLP.com
Hamish Hume
hhume@BSFLLP.com
Kathleen Kiernan
kkiernan@BSFLLP.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone No.: (202) 237-2727
Facsimile No.: (202) 237-6131

J. Robert Robertson
robby.robertson@hoganlovells.com
Craig Hoover
craig.hoover@hoganlovells.com
E. Desmond Hogan
desmond.hogan@hoganlovells.com
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington DC 20004
Telephone: 202-637-5600
Fax: 202-637-5910

Robert Weiser
rw@weiserlawfirm.com
Brett Stecker
bds@weiserlawfirm.com
Christopher Nelson
cln@weiserlawfirm.com
James Ficaro
jmf@weiserlawfirm.com
THE WEISER LAW FIRM, P.C.,
22 Cassatt Avenue
Berwyn, Pennsylvania 19312
Telephone No.: (610) 225-0206
Facsimile No.: (610) 408-8206

Edwin J. Kilpela, Jr.
ekipela@dscslaw.com
Benjamin J. Sweet
bsweet@dscslaw.com
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Telephone No.: (412) 261-2393
Facsimile No.: (412) 261-2110

Emily Yinger
emily.yinger@hoganlovells.com
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone: 703-610-6100
Fax: 703-610-6200

/s/ Daniel E. Laytin
*On behalf of Blue Cross & Blue Shield Association*

**David J. Zott, P.C.**
David.Zott@kirkland.com
**Daniel E. Laytin, P.C.**
Daniel.Laytin@kirkland.com
**Ian R. Conner**
Ian.Conner@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telecopier: (312) 862-2200